

FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0454

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0454

THERON JAMES BLAKE,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee,

FILED

JUL 07 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for the Appellant Theron James Blake filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Blake was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in Blake's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this _7th_ day of July, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices